**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91ON, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV12-2078 CAS(Ex) <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO AMEND AND FOR DOE AMENDMENT** |

The Court, having read all papers filed in connection with the Plaintiff's *Ex-Parte* Application For Leave to Amend and For Doe Amendment, and good cause appearing therefore;

IT IS SO ORDERED that Plaintiff's Application is GRANTED. Plaintiff is given leave to amend the allegations of the complaint. Plaintiff is also granted leave to file a Doe amendment.

Dated this 22nd day of January, 2013      *Christine A. Snyder*

_____
United States District Judge

*[Proposed] Order*