Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 883-5644
Facsimile: (818) 704-9372

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63C23C91ON, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV12-2078 CAS(Ex)<br><br>NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT |

**PLEASE TAKE NOTICE** that Plaintiff's *Second Amended Complaint* (ECF 17), filed on January 25, 2013, via the Court's ECF system was filed in error. The document in question has since been properly filed via the Court's civil intake email pursuant to the Local Rules.

Because the document was incorrectly filed, the *Second Amended Complaint*, designated on the Docket as #17, is **hereby withdrawn in its entirety** and should be disregarded.

DATED: January 25, 2013           LANG, HANIGAN & CARVALHO, LLP.


By  s/ Arthur Carvalho, Jr.
Attorneys for Plaintiff
808 HOLDINGS, LLC.

---
1
*Notice of Errata*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system on January 25, 2013.

DATED: January 25, 2013					LANG, HANIGAN & CARVALHO, LLP.

							By  s/ Arthur Carvalho, Jr.
							Attorneys for Plaintiff
							808 HOLDINGS, LLC.

LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
(818) 883-5644

---
1
*Certificate of Service*