UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-2078 CAS (Ex) | Date | June 7, 2013 |
|---|---|---|---|
| Title | 808 Holdings LLC v. Collective of January 3 2012 Sharing Hash et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS** (filed May 23, 2013) [Dkt. No. 37]

On May 23, 2013, plaintiff 808 Holdings, LLC, filed the instant ex parte application to continue the hearing on defendant Stuart Wainberg's motion to dismiss. No opposition to the application has been filed.

After considering the application, the Court hereby CONTINUES the hearing on defendant Wainberg's motion to dismiss, Dkt. No. 34, to **July 22, 2013, at 10:00 A.M.** Plaintiff shall file an opposition to the motion on or before July 1, 2013. Defendant may file a reply, if any, on or before July 8, 2013.

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | MS |