1  LANG, HANIGAN & CARVALHO, LLP
   Timothy R. Hanigan (State Bar No. 125791)
2  trhanigan@gmail.com
   Arthur Carvalho, Jr. (State Bar No. 125370)
3  acarvalho@lhcllp.com
   21550 Oxnard Street, Suite 760
4  Woodland Hills, California 91367
   Telephone: (818) 883-5644
5  Facsimile: (818) 704-9372

6  Attorneys for Plaintiffs
   808 Holdings, LLC
7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | 808 HOLDINGS, LLC, a California limited ) Case No.: CV12-2078 CAS(Ex)
   | liability company,                      )
12 |                                         )
   |                  Plaintiff,             ) **PLAINTIFF 808 HOLDINGS' REQUEST**
13 |                                         ) **FOR DISMISSAL**
   |     vs.                                 )
14 |                                         )
   | COLLECTIVE OF JANUARY 3, 2012           )
15 | SHARING HASH                            )
   | E37917C8EEB4585E6421358FF32F29CD63      )
16 | C23C91ON, and DOES 1 through 10,        )
   | inclusive,                              )
17 |                                         )
   |                  Defendants.            )
18 | _____ )

19

20     TO ALL PARTIES AND THEIR ATTORNEY OF RECORD: PLEASE TAKE NOTICE

21 that Plaintiff 808 Holdings, LLC ("Plaintiff") hereby requests that Defendant Stuart Wainberg be

22 dismissed without prejudice from the above-entitled action.

23

24 DATED: July 1, 2013                         LANG, HANIGAN & CARVALHO, LLP.

25

26                                             By: s/ Arthur Carvalho, Jr.
                                                   Arthur Carvalho, Jr.
27                                                 Attorneys for Plaintiff

28

**CERTIFICATE OF FILING AND NON-SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via this Court's CM/ECF electronic filing system on July 1, 2013.

DATED: July 1, 2013                          LANG, HANIGAN & CARVALHO, LLP.

                                              By: s/ Arthur Carvalho, Jr.
                                                     Arthur Carvalho, Jr.
                                                     Attorneys for Plaintiff
                                                   808 HOLDINGS, LLC.

1